DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EXCELLENT JEAN-GILLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2269
_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.